**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOANILEE MONTANEZ,                          : No. 150 EM 2018
                                            :
                    Petitioner              :
                                            :
                                            :
                                            :
            v.                              :
                                            :
                                            :
                                            :
COURT OF COMMON PLEAS OF                    :
PHILADELPHIA COUNTY,                        :
PENNSYLVANIA,                               :
                                            :
                    Respondent              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.